UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

AMERICAN HOTEL INTERNATIONAL
GROUP, INC., et al.,

        Plaintiffs/Counterclaim
        Defendant,

    -against-

ONEBEACON INSURANCE COMPANY and
POTOMAC INSURANCE COMPANY
OF ILLINOIS,

        Defendants/Counterclaim
        Plaintiff.

------------------------------------------------------------x

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/13/09

01 Civ. 0654 (CM) (MHD)
ECF CASE

NOTICE OF MOTION FOR
LEAVE TO REGISTER
JUDGMENT IN ANOTHER
DISTRICT

**MEMO ENDORSED**

PLEASE TAKE NOTICE that, based upon the accompanying Memorandum of Law and Declaration in support, Defendant and Counterclaim Plaintiff OneBeacon Insurance Company (hereinafter "OneBeacon") hereby moves the Court for an order pursuant to 28 U.S.C. §1963 permitting OneBeacon to register the final judgment entered against Aramarine Brokerage, Inc. in the United States District Court for the District of New Jersey. Such an order is appropriate for "good cause shown," and should be issued in this case because Aramarine has failed to file an appeal bond or otherwise satisfy the judgment during the pendency of the appeal and likely has assets located in its current home jurisdiction, New Jersey. For a complete statement of reasons, please see the accompanying Memorandum of Law.

7/13/09
Motion granted without opposition
Colleen McMahon

Dated: July 7, 2009

          Respectfully submitted,

*[signature]*

Gregory J. Castano (GC-0135)
Gregory J. Castano, Jr.
CASTANO QUIGLEY LLC
1120 Bloomfield Avenue
West Caldwell, New Jersey 07007
Phone: (973) 808-1234
Fax: (973) 909-8480

Richard A. Ifft (admitted *pro hac vice*)
Benjamin J. Theisman (admitted *pro hac vice*)
WILEY REIN LLP
1776 K Street, N.W.
Washington, D.C. 20006
Phone: (202) 429-7000
Fax: (202) 719-7049